To: Clerk of The Court.                              Dated: 1/25/22
            Re: Chavez v. Gutwein, et al, 20 civ 0342 (KMK)

By ECF         Notice of Address changed

   I'm sorry to bother your office. My name is Ivan Chavez 13A4838. on Jan 22, 2022 I received a letter from the D.A's office that was a (Memo Endorsed) Dated back 12/20/21. A whole month that was forward from my old Address. (Elmira CF, 1879 Davis St, Elmira, NY 14901. That is not my current Address. My current Address is (Greenhaven CF, P.O Box 4000, 594 Route 216, Stormville, NY 12582. That is where I reside now. I have sent a notice to (Prose intake unit) 500 pearl street, NY, NY 10007, for the update and to the D.A office, AAG John R. Doran, 28 Liberty street, Newyork, NY, 10005 by facility Mail.

   Please. Any further Questions Contact me at the below Address. Thankyou very much for your time.

cc: prose-intake unit
500 pearl street, Room 200
NY, NY, 10007

cc: AAG John R. Doran
28 liberty street
NY, NY, 10005

                                  Ivan Chavez 13A4838
                                  Greenhaven CF
                                  594 Route 216
                                  Stormville, NY, 12582

RECEIVED FEB 09 2022 PRO SE OFFICE

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Ivan Chavez   DIN: 19A4838

(Legal Mail)

USDC SDNY

To: Clerk of The Court
The honorable KENNETH M. KARAS
United States District Judge
Southern District of New York
300 QUARROPAS STREET
White Plains, New York, 10601

20cv 0342 (KMK)

NEOPOST
02/01/2022
$000.53
ZIP 12582
041M11466609

FIRST-CLASS MAIL

1050184440 0004